UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED 2012 JUN 20 PM 2:29
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE, FLORIDA

COLIN RUNGE,

    Plaintiff,

v.    Case No. 3:10-cv-900-HES-JRK

OFFICER RANDALL SNOW, individually,
OFFICER D.A. PRATICO, individually,
GORDON SNOW, III, individually,
JOHN RUTHERFORD, in his official capacity as
Sheriff of the Consolidated City of Jacksonville, Florida,

    Defendants.
_____/

## ORDER

This cause is before this Court on Defendants' Joint Motion to Stay Proceedings (Dkt. 61, filed June 13, 2012). On May 31, 2012, the Court entered an Order (Dkt. 57) denying the motions for summary judgment filed by Defendants Pratico (Dkt. 34) and Randall Snow (Dkt. 37). On June 12, 2012, Defendants Pratico and Randall Snow each filed a Notice of Interlocutory Appeal (Dkt. 59, 60). Upon due consideration, Defendants' Joint Motion to Stay Proceedings (Dkt. 61) is **GRANTED**, and all proceedings in this action are hereby **STAYED** until the interlocutory appeal is determined.

Accordingly, it is **ORDERED**:

1. Defendants' Joint Motion to Stay Proceedings (Dkt. 61) is **GRANTED**; this action is hereby **STAYED**.

2. The Clerk is **DIRECTED** to administratively close this case, pending resolution of the appeal.

**DONE AND ORDERED** at Jacksonville, Florida, this 28 day of June, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Bryan E. DeMaggio, Esq.
D. Gray Thomas, Esq.
Matthew R. Kachergus, Esq.
William J. Sheppard, Esq.
Paul A. Daragjati, Esq.
Phillip Michael Vogelsang, Esq.
Jon Robert Phillips, Esq.
William John Scott, Esq.